ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BAMSHAD AZIZI KOUTENAEI, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>MERRICK GARLAND, U.S. Attorney General, *et al.*, <br><br>Defendants. | C 4:23-cv-02926 HSG <br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before September 15, 2023.

    The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Currently, if Plaintiffs have not filed a motion for summary judgment by 90 days after the Complaint was filed, or September 12, 2023, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, October 24, 2023. In light of the agreed-upon extension for Defendants' response to the Complaint, the parties request that, if Plaintiffs have not filed a motion for summary

Stip to Extend
C 4:23-cv-02926 HSG                      1

judgment by October 3, 2023, Defendants must file their motion for summary judgment by November 14, 2023.  In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: August 16, 2023                             Respectfully submitted,

                                                 ISMAIL J. RAMSEY
                                               United States Attorney

                                          /s/ Elizabeth D. Kurlan
                                         ELIZABETH D. KURLAN
                                         Assistant United States Attorney
                                         Attorneys for Defendants

Dated:  August 15, 2023

                                         /s/ Shabnam Lotfi
                                       SHABNAM LOTFI
                                       *Pro Hac Vice*
                                       Lotfi Legal, LLC

                                       JESSICA T. ARENA
                                       Law Offices of Jessica Arena

                                       Attorneys for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  8/16/2023

                                       HAYWOOD S. GILLIAM, JR.
                                       United States District Judge