ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BAMSHAD AZIZI KOUTENAEI, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>MERRICK GARLAND, U.S. Attorney General, *et al.*,<br><br>            Defendants. | C 4:23-cv-02926 HSG<br><br>**SECOND STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

On September 15, 2023, the United States Department of State's U.S. Embassy in Vancouver, Canada, granted Plaintiffs' visa applications. Plaintiffs are waiting for their documentation to arrive and will voluntarily dismiss the litigation once they receive it. Accordingly, the parties hereby stipulate and respectfully request an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action until October 16, 2023. Defendants will file their response on or before October 16, 2023. In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip to Extend
C 4:23-cv-02926 HSG                          1

| | |
|---|---|
| Dated: September 15, 2023 | Respectfully submitted, |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | /s/ Elizabeth D. Kurlan<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated:  September 15, 2023 | /s/ Shabnam Lotfi<br>SHABNAM LOTFI<br>*Pro Hac Vice*<br>Lotfi Legal, LLC |
| | JESSICA T. ARENA<br>Law Offices of Jessica Arena |
| | Attorneys for Plaintiffs |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   9/18/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge